Glenn Stearns, Chapter 13 Trustee
801 Warrenville Road, Suite 650
Lisle, IL 60532-4350
Ph: (630) 981-3888

In re:
KENNETH FLYNN
JANICE MARIE FLYNN

Case No. 08-21999
Account No. 8800760400

INDYMAC BANK
6900 BEATRICE DR
KALAMAZOO, MI 49009

KENNETH FLYNN
JANICE MARIE FLYNN
917 THORNWOOD COURT
ST CHARLES, IL 60174

GERACI LAW LLC
55 E MONROE #3400
CHICAGO, IL 60603

## NOTICE OF WITHDRAWAL OF NOTICE OF CURE UNDER RULE 3002.1(f)

Please take notice that the Notice of Cure under Rule 3002.1(f) was sent in error on May 31, 2013.

/S/ Marifran Smith
For: Glenn Stearns, Chapter 13 Trustee, Standing Trustee

## NOTICE OF MOTION AND CERTIFICATE OF SERVICE

I certify that this office caused a copy of this notice to be delivered to the above listed parties by depositing it in the U.S. Mail at 801 Warrrenville Road, Suite 650, Lisle, IL on June 07, 2013.

/S/ Marifran Smith
For: Glenn Stearns, Chapter 13 Trustee, Standing Trustee

Glenn Stearns, Chapter 13 Trustee
801 Warrenville Road, Suite 650
Lisle, IL 60532-4350
Ph: (630) 981-3888